OK per Chambers 3/17/08

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSET MARKETING SYSTEMS INSURANCE SERVICES, LLC, a California Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM J. McLAUGHLIN, JR., an individual, and THE McLAUGHLIN FINANCIAL GROUP, LLC, and SENIOR RESOURCE SERVICES, LLC,<br><br>Defendants. | JM<br>CASE NO. 06 CV 1176 Y (WMC)<br><br>ORDER RE: FOR ENTRY OF PERMANENT INJUNCTION |

The Court, having read and considered the JOINT MOTION BY ALL PARTIES FOR ENTRY OF PERMANENT INJUNCTION, and good causing appearing therefor, hereby orders the entry of the following permanent injunction:

1. Defendants are permanently enjoined from the following acts:

   A. copying, advertising, marketing, publicly performing, or distributing any of the written materials attached as Exhibits A and B to the Complaint in this action including the program outline, the "Consultation Checklist," and the "Response Sheet;"

   B. copying, advertising, marketing or distributing the invitation attached as Exhibit G to Plaintiff's injunction motion; and

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

849331.1

[PROPOSED] ORDER RE: FOR ENTRY OF PERMANENT INJUNCTION

     C.    using the phrases "SMART IDEAS," "TEN SMART IDEAS FOR A SLIGHTLY CRAZY WORLD," "TEN SMART IDEAS", "SMART IDEAS FOR A SLIGHTLY CRAZY WORLD", and "TEN WAYS SENIORS SCREW UP THEIR FINANCES," and/or "TEN WAYS PEOPLE SCREW UP THEIR FINANCES (AND HOW TO GET 'EM UNSCREWED)" to identify any of their products and/or services.

**IT IS SO ORDERED.**

DATED: _March 17, 2008_____

_/s/ Jeffrey T. Miller_
HON. JEFFREY T. MILLER
UNITED STATES DISTRICT COURT JUDGE