# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASSET MARKETING SYSTEMS INSURANCE SERVICES, LLC, a California Limited Liability Corporation,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM J. McLAUGHLIN, JR., an individual, and THE McLAUGHLIN FINANCIAL GROUP, LLC, and SENIOR RESOURCE SERVICES, LLC,<br><br>Defendants. | CASE NO. 06 CV 1176 - WMC<br><br>**ORDER RE: JOINT MOTION TO DISMISS ACTION** |

The Court, having read and considered the Joint Motion to Dismiss Action, and good cause appearing therefore, hereby orders the following:

1. This case is hereby dismissed.

2. Notwithstanding the dismissal, this Court (Hon. William McCurine, Jr.) shall have continuing jurisdiction to resolve any and all disputes pertaining to the settlement documents, as well as enforcement of and compliance with the settlement agreement until December 31, 2012, as previously set forth in the CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE McCURINE AND

862231.1

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

1  FOR JURISDICTION OVER SETTLEMENT previously signed by the Parties and
2  entered by the Court on or about April 18, 2008.
3  **IT IS SO ORDERED.**
4
5
6  DATED: _June 13, 2008_____       _____
7                                              HON. WILLIAM McCURINE, JR.
                                                MAGISTRATE JUDGE
8                                               UNITED STATES DISTRICT COURT
                                                JUDGE

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

862231.1                           2

JOINT MOTION TO DISMISS ACTION; AND [PROPOSED] ORDER THEREON